William R. Brown, Esq.  (IN #26782-48)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion Corp.)*

*Designated Counsel for Service*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion Corp.)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL McALLISTER,<br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION CORP., a Delaware corporation and NEW MILLENNIUM CONCEPTS, INC., a California corporation,<br>　　　　Defendants. | CASE NO. 2:15-cv-02609-KJM-CMK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff Daniel McAllister, ("Plaintiff") by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:15-CV-02609-KJM-CMK**

Respectfully submitted,

Date: April 19, 2016

*/s/ Charles D. Marshall (as authorized on 4/19/16)*
Charles D. Marshall, Esq.
Marshall Law Firm
2121 North California Blvd., Suite 290
Walnut Creek, CA  92596
Telephone:  925-575-7105
Fax:  855-575-7105
E-Mail:  cdm@marshall-law-firm.com

*Counsel for Plaintiff Daniel McAllister*

Date: April 19, 2016

*/s/ William R. Brown*
William R. Brown, Esq.  (IN #26782-48)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion Corp.)*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion Corp.)*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:15-CV-02609-KJM-CMK**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: April 26, 2016

_____
UNITED STATES DISTRICT JUDGE